IN THE UNITED STATES BANKRUPTCY COURT
EASTERN & WESTERN DISTRICTS OF ARKANSAS

IN RE: PAUL R. GIRNDT, JR.　　　　　　　　　　CASE NO.4:10-bk-18818
　　　　DEBTOR(S)　　　　　　　　　　　　　　CHAPTER 13

## MODIFICATION OF CHAPTER 13 PLAN

Comes Now the Debtor by and through his attorney, Kent Pray, and for his Modification of Chapter 13 Plan states:

1. Payments shall be made in the sum of $1,001.00 per month. The debtor is paid bi-weekly. This modification does not affect the amount of the plan payment.

2. The plan length from the date of filing shall be 60 months. This modification does not affect the length of the plan.

3. Unsecured creditors -treatment shall remain the same.

4. The following creditors are added to the plan and are classified as Unsecured Creditors to be paid a pro-rata dividend:

| Creditor | Account Number | Amount of Claim |
| --- | --- | --- |
| AT&T Mobility | …5800 | $115.59 |
| Capital One Bank | Unknown | $9,483.91 |
| Capital One Mastercard | …1926 | $10,000.00 |
| CenturyLink | …1456 | $150.00 |
| Dell Preferred Account | …5641 | $3,000.00 |
| Direct TV | ….8875 | $450.00 |
| HSBC Card Services | ….7614 | $4,000.00 |
| North Little Rock | ….5328 | $170.00 |
| Retail Services/Best Buy | ….5516 | $4,000.00 |
| The Bridgeway | All Accounts | $4,746.00 |
| Wal-Mart | ….3022 | $1,800.00 |

5.  Unsecured creditors shall be paid at least as much as they would receive under Chapter 7.

6.  All other provisions as set forth in the last confirmed plan shall remain the same.

7.  Debtor will pay all disposable income to the Trustee into the plan as required by the Bankruptcy Code.

Date: January 5, 2011

>                               Respectfully Submitted
>
>                               \s\  John Jackson
>                               _____
>                               Kent Pray, Bar No. 91228
>                               Christian W. Frank, Bar No. 01219
>                               John O. Jackson, Bar No. 2002213
>                               Attorneys for Debtor(s)
>                               PRAY LAW FIRM, P.A.
>                               P. O. Box 94224
>                               N. Little Rock, AR  72190
>                               (501) 771-7733

INTHE UNITED STATES BANKRUPTCY COURT
EASTERN & WESTERN DISTRICTS OF ARKANSAS

IN RE: PAUL R. GIRNDT, JR.           CASE NO. 4:10-bk-18818
       DEBTOR(S)                     CHAPTER 13

## NOTICE OF OPPORTUNITY TO OBJECT
## TO AMENDED PLAN

       You are hereby notified that the debtor has filed the attached modification to the plan pursuant to 11 U. S. C. Sec. 1329 and Rule 2002(b) of the Rules of Bankruptcy Procedure. Objections to Confirmation of the Plan as Modified must be filed in writing within twenty-one (21) days from the date of this notice, with the U.S. Bankruptcy Court, 300 W. 2nd St., Little Rock, Arkansas, 72201, with copies to the attorney for debtor and Mark T. McCarty, Trustee, P.O. Box 5006, North Little Rock, AR 72119.

       If objections to the plan are filed, they will be set for a hearing by subsequent notice. If no objections are received, the plan as modified may be confirmed without further notice or hearing.

                                                   Kent Pray, Bar No. 91228
                                                   Christian W. Frank, Bar No. 01219
                                                   John O. Jackson, Bar No. 2002213
                                                   Attorneys for Debtor(s)
                                                   PRAY LAW FIRM, P.A.
                                                   P. O. Box 94224
                                                   N. Little Rock, AR 72190
                                                   (501) 771-7733

                                                   \s\ John Jackson
                                                   _____

                                                   Date: January 5, 2011

CERTIFICATE OF MAILING

I, the undersigned, hereby certify that copies of the foregoing notice and attached Modification to Plan have been mailed to the following:

Mark T. McCarty, Trustee
P.O. Box 5006
North Little Rock, AR 72119.

Paul R. Girndt, Jr.
4520 Zeus Lane
Cabot, AR 72023

Legal Division
Employment Security Div.
P. O. Box 2981
Little Rock, AR 72203

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

U. S. Attorney
Eastern District
P. O. Box 1229
Little Rock, AR 72203

Legal Division
Dept. of Finance & Admin.
P.O. Box 1272
Little Rock, AR 72203

and to all creditors whose names and addresses are set forth below:

Wal-Mart
PO Box 530937
Atlanta, GA 30353-0937

The Bridgeway Hospital
#21 Bridgeway Road
Maumelle, AR 72113-9514

Retail Services/Best Buy
Dept. 7680
Carol Stream, IL 60116-7680

North Little Rock Water
221 E. Capitol
Little Rock, AR 72202

HSBC Card Services
PO Box 17332
Baltimore, MD 21297-1332

Direct TV
PO Box 78626
Phoenix, AZ 85062

Dell Preferred Account
Payment Processing Center
PO Box 6403
Carol Stream, IL 60197-6403

Century Link
PO Box 4300
Carol Stream, IL 60197-4300

Capital One Mastercard
PO Box 26074
Richmond, VA 23260

Capital One Bank
c/o Gamache & Myers, P.C.
103 North College, Ste. 3
Fayetteville, AR 72701

AT&T Mobility
PO Box 650553
Dallas, TX 75265

Dated: January 5, 2011

\s\   John Jackson
_____
Kent Pray, Bar No. 91228
Christian W. Frank, Bar No. 01219
John O. Jackson, Bar No. 2002213
Attorneys for Debtor(s)
PRAY LAW FIRM, P.A.
P. O. Box 94224
N. Little Rock, AR  72190
(501) 771-7733